UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURIE KITTILSTVED,<br><br>              Plaintiff,<br><br>   v.<br><br>PRIMARY FINANCIAL SERVICES, LLC,<br><br>              Defendant. | 2:15-cv-00062-SAB<br><br>**ORDER OF DISMISSAL** |

     Plaintiff filed a Federal Rule of Civil Procedure Rule 41(a)(1) Notice of Voluntary Dismissal. ECF No. 3. Defendant has not filed an answer or a motion for summary judgment on the merits of the case. In accordance with Rule 41(a)(1), the above-captioned case is dismissed without prejudice and without costs to any party.

     Accordingly**, IT IS HEREBY ORDERED:**

    1. The above-captioned case is **dismissed** without prejudice and without costs to any party.

//

//

//

//

**ORDER OF DISMISSAL** ~ 1

1   **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2   file this Order, provide copies to counsel, and **close** the file.
3       **DATED** this 10th day of July 2014.



_Stanley A. Bastian_ (signature)

Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** ~ 2